UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMICA MUTUAL INSURANCE
COMPANY,

    Plaintiff.

vs.                                                  CASE NO. 8:16-CIV-552-T-EAK-AEP

JAMES ULRICH, individually and d/b/a
GULF COAST EUROPEAN AUTO REPAIR,
and THOMAS COX,

    Defendants.
_____/

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**

This cause is before the Court on the motion for default judgment (Doc. 12) filed by the Plaintiff and against James Ulrich, individually and d/b/a Gulf Coast European Auto Repair. There has been no timely response to the motion filed. The Court has reviewed the motion and finds it persuasive and adopts the facts and arguments of the motion herein. Accordingly, it is

**ORDERED** that the motion for default judgment (Doc. 12) be **granted**. The Clerk of Court is directed to entered judgment for the Plaintiff and against the Defendant James Ulrich, individually and d/b/a Gulf Coast European Auto Repair stating that the Plaintiff owes no duty to defend or indemnify James Ulrich,

individually and d/b/a Gulf Coast European Auto Repair for the claims asserted by Thomas Cox in relation to the accident that occurred on September 10, 2015.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 22nd day of June, 2016.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

_

Copies to: All parties and counsel of record